U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 24 2011
CLERK, U.S. DISTRICT COURT
By _____ Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TALIA GASTON, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF ALFREDO MERAS; DECEASED; NORMA ESCOBAR, AS NEXT FRIEND TO D.M, A MINOR; NICASIO MERAS; FRANCISCO MERAS and ANA MERAS, § § § § § § § Plaintiffs, § vs. § § PACCAR, INC., INDIANA MILLS & MANUFACTURING, INC, and NATIONAL SEATING COMPANY, § § § § Defendants. § | Civil Action No. 3:09-cv-2246-F<br><br>JURY |

### AGREED ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR PROTECTIVE ORDER REGARDING EXPERTS' FEES & MOTION TO COMPEL DEFENDANT NATIONAL SEATING COMPANY

Before the Court is Plaintiffs Talia Gaston, Individually and as Administrator of the Estate of Alfredo Meras, Deceased; Norma Escobar, as Next Friend to D.M., a Minor; Nicasio Meras; Francisco Meras; and Ana Meras' ("Plaintiffs") Motion for Protective Order Regarding Experts' Fees and Motion to Compel Defendant National Seating Company ("National Seating") (Docket Entry #143). After conducting a hearing on this matter on August 12, 2011, and considering the statements from counsel for Plaintiffs and National Seating, the Court GRANTS IN PART Plaintiffs' motion in so far as the Parties have agreed that National Seating will pay to Plaintiffs the sum of $3,733.75 for the deposition time of Plaintiffs' retained experts Stephen Syson, Andrew Webb and Dr. Joseph Burton for those depositions taken before the date of Plaintiffs' motion. Additionally, Plaintiffs will make their experts Stephen Syson and James Mundo available for depositions pursuant to the Agreed Revised Scheduling Order For March

Page 1

26, 2012 Trial Docket (Docket Entry #151). Also based upon the Parties' representations, the Parties agree that the remainder of the motion regarding issues including deposition preparation time for all previous and future depositions National Seating may take is moot at this stage of the litigation as these issues are more appropriate for resolution after the close of discovery. Accordingly, the remainder of the motion is DENIED WITHOUT PREJUDICE.

It is so ORDERED.

This 24th day of August, 2011.

_____
Hon. Royal Furgeson

AGREED AS TO FORM AND ENTRY:

_____
ROBERT L. CHAIKEN
State Bar No. 04057830
CHAIKEN & CHAIKEN, P.C.
One Galleria Tower
13355 Noel Road, Suite 600
Dallas, Texas 75240
(214) 265-0250 (Telephone)
(214) 265-1537 (Facsimile)
rchaiken@chaikenlaw.com

LEE BROWN
State Bar No. 03160250
ERIC PORTERFIELD
State Bar No. 24047396
THE BROWN LAW FIRM
750 N. St. Paul Ave., Suite 1680
214-624-3400 (Telephone)
214-624-3401 (Facsimile)
lbrown@leebrownlaw.com
eporterfield@leebrownlaw.com

SCOTT E. OSMAN
State Bar No. 00789531
LAW FIRM OF SCOTT E. OSMAN
183 West Washington Street
Stephenville, Texas 76401
(254) 968-4681 (Telephone)
(254) 965-3548 (Facsimile)
ATTORNEYS FOR PLAINTIFFS


s/ Fred Mattlin
FRED W. MATTLIN, Lead Attorney
Fla. State Bar No. 344338
**Mattlin & Wyman PL**
One Lincoln Place
1900 Glades Road Suite 245
Boca Raton, FL 33431
Phone: 561/372-7200
Fax: 561/826-1800
*fm@mattlinwyman.com*

P. JEFFERSON BALLEW
Texas State Bar No. 01654980
Jeff.Ballew@tklaw.com
DOUGLAS C. HEUVEL
Texas State Bar No. 24036772
Doug.Heuvel@tklaw.com
**Thompson & Knight, LLP**
1722 Routh St, Suite 1500
Dallas, TX 75201-2533
Phone: 214/969-1142
Fax: 214/969-1751
ATTORNEYS FOR DEFENDANT NATIONAL SEATING COMPANY